| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Alec S. DiMario No. 309811<br>Jodi K. Swick No. 228634<br>**McDOWELL HETHERINGTON LLP**<br>1 Kaiser Plaza, Suite 340<br>Oakland, CA 94612<br>Telephone: 510.628.2145<br>Facsimile: 510.628.2146<br>Email: alec.dimario@hmllp.com<br>jodi.swick@emhllp.com |
| 6<br>7<br>8 | Attorneys for Defendants<br>AIG DIRECT INSURANCE SERVICES, INC., and<br>DOES 1 THROUGH 10,<br>INCLUSIVE and EACH OF THEM |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIG DIRECT INSURANCE SERVICES, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | **Case No.: 1:18-cv-01560-DAD-EPG**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 14 DAYS (L.R. 144)**<br><br>Complaint Served: November 26, 2018<br>Current Response Date: January 29, 2019 |

**TO THE COURT:**

Pursuant to Local Rule 144, and by consent of counsel in writing, Plaintiff Troy Willis, individually and on behalf of all others similarly situated, and

Case No. 1:18-cv-01560-DAD-EPG         -1-

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

Defendants AIG Direct Insurance Services, Inc. and DOES 1 through 10 (collectively, "Defendants") stipulate as follows:

1. Defendants were served with Plaintiff's First Amended Complaint [Doc. No. 6], filed in United States District Court for the Eastern District of California [Case No. 1:18-CV-01560-DAD-EFP], on November 26, 2018.

2. On January 15, 2019, Plaintiff stipulated to extend Defendants' deadline to answer, move, or otherwise respond to Plaintiff's First Amended Complaint from January 15, 2019, to January 29, 2019. [Doc. No. 7]

3. Plaintiff has agreed that Defendants may have a further extension of fourteen (14) days, or until **February 12, 2019**, to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

Dated: January 29, 2019

STIPULATED TO BY:

MCDOWELL HETHERINGTON LLP

By: /s/ Alec S. DiMario
     Alec S. DiMario

*Attorneys for Defendants*
*AIG Direct Insurance Services, Inc. and*
*DOES 1 through 10, inclusive and each of them*

LAW OFFICE OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
     Todd M. Friedman

*Attorney for Plaintiff*
*Troy Willis, individually and*
*on behalf of all other similarly situated*

Case No. 1:18-cv-01560-DAD-EPG   -2-

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

# **ORDER**

Pursuant to stipulation of the parties (ECF No. 8), Defendants' deadline to respond to Plaintiff's First Amended Complaint is extended to **February 12, 2019**.

IT IS SO ORDERED.

Dated: **January 29, 2019**       /s/ Eric P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE