# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIG DIRECT INSURANCE SERVICES, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.: 1:18-CV-01560-DAD-EPG<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Parties' stipulation to continue the Initial Case Management Conference currently set for February 21, 2019, to March 25, 2019, at **10:30** am is hereby granted. The parties may appear telephonically by using the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **February 14, 2019**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE