# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WILLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AIG DIRECT INSURANCE SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-01560-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS<br><br>(ECF No. 18) |

　　Plaintiff, Troy Willis, for himself and not on behalf of the putative class, and Defendant, AIG Direct Insurance Services, Inc., have filed a stipulation to dismiss the action with prejudice as to Plaintiff Troy Willis, and without prejudice as to the putative class. (ECF No. 18.) In light of the stipulation, the case has ended and is dismissed with prejudice as to Troy Willis and without prejudice as to the putative class. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

　Dated: **March 18, 2019**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE